# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 17, 2011

No. 11-20542
Summary Calendar

Lyle W. Cayce
Clerk

SAMUEL L. SCOTT,

Plaintiff - Appellant

v.

ANHEUSER-BUSCH, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-477

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for these reasons:

The district judge committed no error in denying default judgment, regardless of the timeliness of the defendant's response. And Mr. Scott was bound by his agreement to mediate and arbitrate his complaint. He is entitled to proceed to urge his complaint by that method.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.